IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EDWARD JOE HOOTEN                                                                                    PLAINTIFF
ADC #85089

V.                                          NO.  5:08cv00274 JMM-JWC

JONNIE R. HARRIS, et al                                                                          DEFENDANTS

ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Plaintiff's claims against Defendants Harris, Davis, and Cashion are dismissed in their entirety, without prejudice.  Plaintiff's requested relief — that the two disciplinary convictions be expunged from his institutional record and restoration of all good time credits that he would have earned in the absence of the two disciplinaries, is denied.

Plaintiff's retaliation claim against Defendant Ward in connection with his second disciplinary shall proceed at this time.  The Clerk of the Court is directed to prepare a summons for Defendant Ward, and the United States Marshal is directed to serve a copy of the complaint with attachments (doc. 2), a copy of the recommendations, and a summons for Defendant through the Compliance Division of the Arkansas Department of Correction without prepayment of fees and costs or security therefor.  Should Defendant Ward need copies of other filed documents, they are available from the Clerk's office or may be accessed through the PACER system for the United States District Court.

IT IS SO ORDERED this 4th day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE