IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EDWARD JOE HOOTEN                                                                                      PLAINTIFF
ADC #85089

V.                                              NO: 5:08CV00274 JMM

JONNIE R. HARRIS *et al.*                                                                           DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 4th day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE